**STATE of Missouri, Respondent,**

v.

**Sylvester DUDLEY, Appellant.**

**No. WD 40084.**

Missouri Court of Appeals,
Western District.

Sept. 6, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 1, 1988.

Application to Transfer Denied
Dec. 13, 1988.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and
SHANGLER and MANFORD, JJ.

## ORDER

PER CURIAM:

Direct appeal from a conviction of unlawful possession of a concealed firearm, in violation of § 571.020, RSMo 1986.

Judgment affirmed.   Rule 30.25(b).